## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| CAROL K. CONGLIS, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    No. 2:13-cv-2470-SHL-dkv |
| | ) |
| METHODIST LE BONHEUR | ) |
| HEALTHCARE OF TENNESSEE, | ) |
|     Defendant. | ) |

### JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed June 26, 2013, the parties having settled their claims,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties' Stipulation of Dismissal with Prejudice (ECF No. 24), all claims by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE.

APPROVED:

s/ SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

August 4, 2014
Date